## IN THE SUPREME COURT, STATE OF WYOMING

## 2013 WY 147

*October Term, A.D. 2013*

*November 27, 2013*

KINO RAMA BEMAN,

Appellant
(Defendant),

v.                                          S-13-0123

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant pled guilty to one count of aggravated assault and battery, for causing bodily injury with a deadly weapon. Wyo. Stat. Ann. § 6-2-502(a)(ii). This is Appellant's direct appeal from the resulting conviction. On September 5, 2013, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400, 18 L. Ed. 2d 493 (1967). Following a careful review of the record and the "*Anders* brief" submitted by counsel, this Court, on September 24, 2013, entered its "Order Granting Permission for Court Appointed Counsel to Withdraw." That Order notified Appellant that the District Court's "Judgment and Sentence" would be affirmed unless, on or before November 12, 2013, Appellant filed a brief that persuaded this Court that the captioned appeal is not wholly frivolous. Taking note that Appellant, Kino Rama Beman, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Judgment and Sentence" should be affirmed. It is, therefore,

[¶2]    **ORDERED** that the District Court's May 15, 2013, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶3]    **DATED** this 27th day of November, 2013.

BY THE COURT:

/s/

**MARILYN S. KITE**
**Chief Justice**